McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV.S-05-293 MCE |
| ) | CR.S-02-165 MCE GGH P |
| Plaintiff/Respondent, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JUAN MANUAL JACQUEZ, ) | |
| ) | |
| Defendant/Petitioner. ) | |

For good cause as established in the government's request for an extension of time;

IT IS HEREBY ORDERED, that the government may have until April 26, 2005, to respond to the petitioner's motion in this matter.

Dated: 4/18/05

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

jacq0165.eot04