IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. CR S-02-0165 MCE GGH P

    Respondent,

  v.                                  ORDER

JUAN MANUAL JACQUEZ,

    Movant.
_____/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 10, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Movant has filed objections to the findings and recommendations.

///

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the court finds the findings and recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The findings and recommendations filed August 10, 2005,
8  are adopted in full;
9  2.  Respondent's April 27, 2005, motion to dismiss is
10 granted; and
11 3.  The Clerk of the Court is directed to close the
12 companion civil case, No. CIV S-05-293 MCE GGH P.
13 DATED: September 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2